**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

IN RE:

|  |  |
|---|---|
| Dennis A. Klein | Case No.:  13 B 04673 |
| Donna M Klein | |
| | Chapter:   13 |
| Debtor(s) | Judge Timothy A. Barnes |

**ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES**

The undersigned, a duly qualified attorney admitted to practice before this Court, hereby enters an appearance in the within captioned matter on behalf of JPMORGAN CHASE BANK, N.A. SUCCESSOR BY MERGER TO BANK ONE, and/or its assigns and requests all notices, pleadings, motions, orders, applications and other documents filed and/or served in this case be sent to them at the following address:

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Adam E. Codilis ARDC#6299311
Jessica S. Naples ARDC#6304951
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-13-08720)**

Dated April 11, 2013.

By:   /s/ Jessica Naples

NOTE: This law firm is deemed to be a debt collector.