# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE: Dennis A. Klein | ) | Chapter 13 |
| Donna M. Klein | ) | Case No. 13 B 04673 |
| Debtor(s) | ) | Judge Timothy A Barnes |

## ORDER CONFIRMING CHAPTER 13 PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed by the debtor(s) on February 07, 2013, (as modified by the amendment filed on __7/13/2013__ ) having been found by the court to comply with the provisions of 11 U.S.C. §1325, THE PLAN IS HEREBY CONFIRMED.

Notwithstanding any provision of the plan to the contrary, all property of the estate, as specified by 11 U.S.C. §§541 and 1306, shall continue to be property of the estate following confirmation.

Dated: __JUL 1 5 2013__

Timothy A Barnes
US Bankruptcy Judge

Marilyn O. Marshall
Office of the Chapter 13 Trustee
224 S. Michigan, Suite 800
Chicago, IL 60604
(312) 431-1300