B18WJ (Form 18WJ) (08/07)

# United States Bankruptcy Court

Northern District of Illinois
Case No. 13–04673
**Chapter 13**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Dennis A. Klein | Donna M. Klein |
| 605 Elizabeth | aka Donna Ashner |
| Des Plaines, IL 60018 | 605 Elizabeth |
| | Des Plaines, IL 60018 |

Social Security / Individual Taxpayer ID No.:
  xxx–xx–5252                            xxx–xx–6188

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS AFTER COMPLETION
## OF CHAPTER 13 PLAN

     It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

     If the trustee has filed and served a notice pursuant to Section B2 (b) of the debtors' plan, and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

                                                                    FOR THE COURT

Dated: <u>February 27, 2014</u>                          <u>Kenneth S. Gardner, Clerk</u>
                                                                 United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18WJ (08/07)*

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                      Case No. 13-04673-TAB
Dennis A. Klein                                             Chapter 13
Donna M. Klein
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: kseldon           Page 1 of 2           Date Rcvd: Feb 27, 2014
                              Form ID: b18w           Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2014.
db/jdb         +Dennis A. Klein,    Donna M. Klein,    605 Elizabeth,    Des Plaines, IL 60018-5522
20014725       +Chase,    Po Box 7013,    Indianapolis, IN 46207-7013
20014727        Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
20014728       +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
20014729       +Heavner Scott & Beyers,    111 E. Main Street, #200,    Decatur, IL 62523-1204
20350800       +JP Morgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mal,
                 700 Kansas Ln MC: LA4-5555,    Monroe, LA 71203-4774
20318462       +JPMorgan Chase Bank merger to BankOne,    Chase Records Center,    Attn: Correspondence Mail,
                 700 Kansas Lane MC-LA4-5555,    Monroe, LA 71203-4774
20014731       +JPMorgan Chase Bank, N.A.,    194 Wood Avenue South, 2nd FL,    Iselin, NY 08830-2710
20014730       +Jim Klein,    9864 W. Leland Ave., Unit 408,    Schiller Park, IL 60176-1340
20014732       +Klein Quest Partners, LLC.,    605 Elizabeth Lane,    Des Plaines, IL 60018-5522
20014733       +Lieberman Management Services, Inc.,    25 Northwest Point Blvd., Suite 330,
                 Elk Grove Village, IL 60007-1033
20014734       +Nicole Klein,    4658 White Rock Circle, #5,    Boulder, CO 80301-6700
20014735       +Nissan Motor Acceptance,    Po Box 660360,    Dallas, TX 75266-0360
20029709        Nissan Motor Acceptance Corporation,    PO Box 660366,    Dallas TX 75266-0366
20014738       +Old Second Bank,    801 South Kirk Rd,    Saint Charles, IL 60174-3407
20014736       +Old Second Bank,    C/O Latimer LeVay Fyock, LLC,    55 West Monroe Street, Ste. 1100,
                 Chicago, IL 60603-5128
20014739       +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
20014740       +Wells Fargo Home Mortgage,    5620 Brooklyn Boulevard,    Minneapolis, MN 55429-3056
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20014724        EDI: HNDA.COM Feb 28 2014 00:18:00      Acura Financial Services,    2080 Cabot Blvd. West,
                 Lockbox #7829,    Langhorne, PA 19047
20084933        EDI: HNDA.COM Feb 28 2014 00:18:00      Acura Financial Services,    P.O. Box 168088,
                 Irving, TX 75016-8088
20014723        EDI: HNDA.COM Feb 28 2014 00:18:00      Acura Financial Services,    P.O. Box 60001,
                 City of Industry, CA 91716
20014726       +EDI: CHASE.COM Feb 28 2014 00:18:00      Chase *,    ATTN: Bankruptcy Department,   P.O. Box 15298,
                 Wilmington, DE 19850-5298
20116091        EDI: DISCOVER.COM Feb 28 2014 00:18:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
20561995        EDI: PRA.COM Feb 28 2014 00:19:00      Portfolio Recovery Associates, LLC,
                 successor to CHASE BANK USA, N.A.,    PO Box 41067,    Norfolk, VA 23541
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20014737*      +Old Second Bank,    C/O Latimer LeVay Fyock LLC,    55 West Monroe Street, Suite 1100,
                 Chicago, IL 60603-5128
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 01, 2014                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2014 at the address(es) listed below:
              Faiq  Mihlar    on behalf of Creditor    JP Morgan Chase Bank, National Association
               bankruptcy@hsbattys.com, bankruptcy@hsbattys.com
              Jessica S Naples    on behalf of Creditor    JPMorgan Chase Bank, N.A. successor by merger to Bank
               One ND-Two@il.cslegal.com
              Marilyn O Marshall     courtdocs@chi13.com
              Mohammed O Badwan    on behalf of Debtor Dennis A. Klein mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com

```
District/off: 0752-1          User: kseldon              Page 2 of 2             Date Rcvd: Feb 27, 2014
                              Form ID: b18w              Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Mohammed O Badwan    on behalf of Joint Debtor Donna M. Klein mbadwan@sulaimanlaw.com, mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;SulaimanLaw@BestClientInc.com
        Nisha B Parikh    on behalf of Creditor    Wells Fargo Bank, N.A. nparikh@fal-illinois.com, bankruptcy@fal-illinois.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Sheryl A Fyock    on behalf of Creditor    Old Second National Bank sfyock@llflegal.com
        TOTAL: 8